572 A.2d 2

**Pier CIPRIANI and Ann Cipriani, His Wife, et al., Respondents,**

v.

**SUN PIPE LINE COMPANY, Tri–State Telecommunications, Inc., Davis Enterprises, Inc., Petitioners,**

v.

**MAPLE SHADE CABLE COMPANY, INC., Newtown Cable Vision, Inc., Pennsylvania One Call System Inc., E.A. Designs, Ltd., Newtown Township, Jan Gouza Pickering Corts, & Summerson, Inc., Additional Petitioners.**

Supreme Court of Pennsylvania.

March 23, 1990.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. This case is remanded to Superior Court for disposition of the issues

presented at Superior Court appeal numbers 2857 and 2858 if properly preserved in post-trial motions.